**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SMR Equestrian, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3906524** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3255 Stoney Creek Road**<br>**Oakland Township, MI 48363**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Oakland**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.smrequestrian.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| 11. | **Why is the case filed in this district?** | Check all that apply: |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No |
|---|---|---|

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other  **Debtor owns, boards and trains horses.  Horses need immediate attention and must be fed and cared for.**

**Where is the property?**   **3255 Stoney Creek Road**
**Oakland Township, MI, 48363-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **Legis Equine**

Contact name   **Claire Johnson**

Phone   **818-748-1735**

---

███ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | Check one: |
|---|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | **Estimated number of creditors** | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

---

| 15. | **Estimated Assets** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 25, 2019**
                MM / DD / YYYY

X **/s/ Sarah M. Robertson**                          **Sarah M. Robertson**
_____              _____
Signature of authorized representative of debtor        Printed name

Title   **Sole Member**
_____

**18. Signature of attorney**

X **/s/ Michael D. Lieberman**                     Date   **February 25, 2019**
_____                        MM / DD / YYYY
Signature of attorney for debtor

**Michael D. Lieberman P38529**
_____
Printed name

**Lieberman, Gies & Cohen, PLLC**
_____
Firm name

**31313 Northwestern Highway**
**Suite 200**
**Farmington Hills, MI 48334**
_____
Number, Street, City, State & ZIP Code

Contact phone   **248-539-5500**       Email address   **Mike@lgcpllc.com**

**P38529 MI**
_____
Bar number and State

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter    **7**

</td></tr>
</table>

☐ Check if this an
  amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Sarah M. Robertson** | | | Relationship to you | **Sole Member of Debtor** |
| District | **Eastern District of Michigan, Southern Division** | When | **2/26/19** | Case number, if known | **19-42675-TJT** |
| Debtor | **SMR Holdings and Investments, LLC** | | | Relationship to you | **Same sole member owner** |
| District | **Eastern District of Michigan, Southern Division** | When | **2/26/19** | Case number, if known | **19-42694** |

Debtor name **SMR Equestrian, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**February 25, 2019**__         X **/s/ Sarah M. Robertson**
                                                      Signature of individual signing on behalf of debtor

                                                      **Sarah M. Robertson**
                                                      Printed name

                                                      **Sole Member**
                                                      Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **SMR Equestrian, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................   $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................   $ _____ 61,354.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................   $ _____ 61,354.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ 113,693.90

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____ 1,679.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ _____ 187,686.63

4.   **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b     $ _____ 303,059.53

19-42698-tjt    Doc 1    Filed 02/26/19    Entered 02/26/19 17:29:21    Page 7 of 44

**Fill in this information to identify the case:**

Debtor name   **SMR Equestrian, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number *(if known)*

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **JPMorgan Chase Bank (Checking: $0.00, account is negative $1,176) (Savings: $0.00)** | **Checking xxxx7222; Savings xxxx1318** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$0.00**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1. | **Lease Agreement (Denny (horse) - full lease): Sarah Meyers, Lessor ($335/permo 03/01/2018 thru 02/28/2019). Contrat ends 2/28/19. Debtor is Lessee.** | **Unknown** |
|---|---|---|
| 8.2. | **Lease Agreement (Holland a/k/a Dunkin (horse) - full lease): Cassar Farms, LLC, Lessor and Susan Williams fbo Rebecca Oseid (lessee) Term: 06/04/2018 to 06/03/2019** | **Unknown** |

**(Sarah Robertson & SMR supervises of care, training & supervision)**

|  | | |
|---|---|---|
| 8.3. | **Lease Agreement (Rio D'Oro a/k/a Felix (horse) - full lease):  Susan Hallinan, Lessor and Kimberly Wiggins obo Vivian Wiggins (lessee) Term:  01/17/2019 to 08/31/2019 (SMR supervises care, training & supervision)** | **Unknown** |
| 8.4. | **Lease Agreement (Little Gentleman a/k/a LG (horse) - full lease):  SMR Equestrian, LLC , Lessor and third party Lessee Term:  07/01/2018 to 06/30/2019** | **Unknown** |
| 8.5. | **Quarter Lease Agreement (Half Lease Agreement) (Glitterati a/k/a Sparkles (horse) - full lease):  SMR Equestrian, LLC Lessor and Ed Gemellaro obo Elaina Gemellaro (lessee) (first partial payment of $225 due on 04/23/2018); Term:  4/15/2018 to 10/15/2018.  Lease continued and is currently month to month.** | **Unknown** |
| 8.6. | **Approx. 25 Month to Month Horse Boarding Agreements with clients.  See schedule G.** | **Unknown** |

9.    **Total of Part 2.**                                                                        **$0.00**

      Add lines 7 through 8. Copy the total to line 81.

Part 3:    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **19,379.00** | - | **0.00** | = .... | **$19,379.00** |
|---|---|---|---|---|---|
|  | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **21,000.00** | - | **21,000.00** | =.... | **$0.00** |
|---|---|---|---|---|---|
|  | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                                        **$19,379.00**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Part 5:    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

19-42698-tjt    Doc 1    Filed 02/26/19    Entered 02/26/19 17:29:21    Page 9 of 44

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**  **Crops-either planted or harvested** | | | |
| **29.**  **Farm animals** *Examples: Livestock, poultry, farm-raised fish*  **6 horses owned and identified by Debtor as: Howie (est. value $2,000), LG (est. value $3,500, Penny (est. value $1,500), Priya (est. value $1,000), Sparkles (est. value $3,000) and Lindy (est. value $2,500)  Total est. value: $13,500** | **Unknown** | **Debtor estimate** | **$13,500.00** |
| **30.**  **Farm machinery and equipment** *(Other than titled motor vehicles)*  **Compact Utility Tractor & Loader.  Value is estimated to be equal to or less than amount owed on secured debt.** | **Unknown** | **Debtor estimate** | **$20,000.00** |
| **Misc. horse training  and related materials including, but not limited to saddle pads, saddles, bridles, wraps, racks, spurs, blankets and other materials.  Misc. equipment, blankets, shovels, tables, tools and other related items.  Detailed list will be provided. Note: value excludes horses listed in item 29 and Dump trailer listed in item 48.** | **Unknown** | **Debtor estimate** | **$5,875.00** |
| **31.**  **Farm and fishing supplies, chemicals, and feed**  **Misc. Grain, Hay and shavings used to feed horses, cat food and litter to feed cats, and some supplements.  Value s estimated.** | **Unknown** | **Debtor Estimate** | **$600.00** |

**32.   Other farming and fishing-related property not already listed in Part 6**

**33.   Total of Part 6.**                                                          | **$39,975.00** |

Add lines 28 through 32.  Copy the total to line 85.

**34.   Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**

■ No
☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**2 Desks, 1 glass book case, 2 desk chairs.**<br>**Items were purchased at IKEA. Total value:**<br>**$170 and this value of these items is included**<br>**in no. 30.** | **Unknown** | **Debtor estimate.** | **$0.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and**
     **communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                 | **$0.00** |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

| 48.1.  **2017 American Dump Trailer-Used to haul manure.** | **Unknown** | **Debtor estimate** | **$2,000.00** |
|---|---|---|---|

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| **$2,000.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** Web site:  www.smrequestrian.com | Unknown | | Unknown |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **Debtor, and two other defendants, assert a Counterclaim against Timothy Sullivan and Oakland Hills Equestrian Center, LLC, plaintiffs in a State Court case in Oakland County Circuit Court, case no. 2018-167802-CB. Each party disputes the claims made by the opposing party(ies). All claims on both sides are unliquidated, disputed and contingent. Debtor's claim is an amount greater than $25,000, the Circuit Court jurisdictional limit.**

       **Unknown**

| Nature of claim | Unliquidated Counterclaim in pending State Court Action |
|---|---|
| Amount requested | $0.00 |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,379.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $39,975.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $61,354.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $61,354.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

19-42698-tjt    Doc 1    Filed 02/26/19    Entered 02/26/19 17:29:21    Page 14 of 44

Debtor name **SMR Equestrian, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   John Deere Financial**
Creditor's Name

**Deere & Company**
**6400 NW 86th Street**
**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**10/2016**
**Last 4 digits of account number**
**3613**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Compact Utility Tractor & Loader.  Value is estimated to be equal to or less than amount owed on secured debt.**

Describe the lien
**Equipment purchase**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,886.90** | **$20,000.00**

---

**2.2   Larry Robertson**
Creditor's Name

**1142 Maple Leaf Drive**
**Rochester Hills, MI 48309**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**01/2017**
**Last 4 digits of account number**
**3613**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Business loans and Personal Guaranty of Business Loans.**

Describe the lien
**All Asset**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$94,807.00** | **Unknown**

19-42698-tjt    Doc 1    Filed 02/26/19    Entered 02/26/19 17:29:21    Page 15 of 44

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Larry Robertson** | Describe debtor's property that is subject to a lien | $0.00 | $19,379.00 |
|---|---|---|---|---|

Creditor's Name

**90 days or less: Accounts Receivable-90 days or less, approx. amount is $10,000. In addition, several Quickbooks Payments are expected to be received and deposited into the checking account following batching and clearance. Approx. amount**

**1142 Maple Leaf Drive**
**Rochester Hills, MI 48309**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Larry Robertson** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Over 90 days old: Accounts receivable-over 90 days. Not believed to be collectible. Approx. amount.**

**1142 Maple Leaf Drive**
**Rochester Hills, MI 48309**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $113,693.90

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

Debtor name **SMR Equestrian, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service***<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,679.00 | $1,679.00 |
| Date or dates debt was incurred<br>**2017-18** | Basis for the claim:<br>**Unpaid payroll taxes** | | |
| Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Chase (INK) / Cardmember Service**<br>**(Account Inquiries)**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,084.94 |
| Date(s) debt was incurred _<br>Last 4 digits of account number **4770** | Basis for the claim:  **Credit card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**Discover Financial Services**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,903.58 |
| Date(s) debt was incurred **various**<br>Last 4 digits of account number **0049** | Basis for the claim:  **Credit Card used for business**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.11 |
|---|---|---|---|

**Home Depot Credit Services**
**Customer Service Inquiries**
**PO Box 790328**
**Saint Louis, MO 63179-0328**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Credit card

Last 4 digits of account number  6857

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,000.00 |
|---|---|---|---|

**NL-REL, LLC**
**30100 Telegraph Rd., Suite 366**
**Bingham Farms, MI 48025**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  1/1/2017

**Basis for the claim:**  Commercial lease.  Balance of lease liability is estimated.

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oakland Hills Equestrian Center, LLC**
**c/o Maxwell Goss, Esq.**
**370 E. Maple Rd., Third Floor**
**Birmingham, MI 48009**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Business Dispute.  Debtor has asserted a counterclaim.

Last 4 digits of account number  02CB

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Timothy Sullivan**
**c/o Maxwell Goss, Esq.**
**370 E. Maple Rd., Third Floor**
**Birmingham, MI 48009**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Business Dispute.  Debtor has asserted a counterclaim.

Last 4 digits of account number  02CB

Is the claim subject to offset? ☐ No  ■ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service** **SBSE/Insolvency Unit** **P.O. Box 330500-Stop 15** **Detroit, MI 48232** | Line  2.1  ☐ Not listed. Explain ____ | _ |
| 4.2 | **Oakland Hills Equestrian Center, LLC** **3255 Stoney Creek Road** **Oakland, MI 48363** | Line  3.5  ☐ Not listed. Explain ____ | _ |
| 4.3 | **Oakland Hills Equestrian Center, LLC** **3255 Stoney Creek Road** **Oakland, MI 48363** | Line  3.6  ☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.4 **Timothy Sullivan**<br>**3255 Stoney Creek Road**<br>**Oakland, MI 48363** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Timothy Sullivan**<br>**3255 Stoney Creek Road**<br>**Oakland, MI 48363** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **United States Attorney**<br>**Civil Division**<br>**211 West Fort Street, Ste. 2001**<br>**Detroit, MI 48211** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,679.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 187,686.63 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 189,365.63 |

Fill in this information to identify the case:

Debtor name **SMR Equestrian, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Horse Boarding Agreement-Verbal. Ferro**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bob Bockrath**<br>**2871 Ambleside Ct.**<br>**Rochester, MI 48306** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Horse Boarding Agreement-verbal. Midnight**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lisa Capoccia**<br>**5250 Hummer Lake**<br>**Oxford, MI 48371** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **See description re: Susan Williams Holland ("Dunkin") Debtor and Sarah Robertson supervise care, training & supervision of horse pursuant to Lease Agreement on(Holland a/k/a Dunkin (horse) - full lease) between Cassar Farms, LLC, Lessor and Susan Williams fbo Rebecca Oseid (lessee) Term:  06/04/2018 to 06/03/2019**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cassar Farms**<br>**8298 Lake Pine Drive**<br>**Commerce Township, MI 48382** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

19-42698-tjt    Doc 1    Filed 02/26/19    Entered 02/26/19 17:29:21    Page 21 of 44

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **3 Horse Boarding Agreements-Verbal. Claus, Castel and Fig** | |
|---|---|---|---|
| | State the term remaining | | **Maryann Combs** |
| | List the contract number of any government contract | | **3585 Stoney Creek Rd.** |
| | | | **Oakland, MI 48363** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Horse Boarding Agreement-Verbal. Rowdy** | |
|---|---|---|---|
| | State the term remaining | | **Ashley Craine** |
| | List the contract number of any government contract | | **2425 Texter Rd.** |
| | | | **Leonard, MI 48367** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Horse Boarding Agreement. Enzo** | |
|---|---|---|---|
| | State the term remaining | | **Amy Diez** |
| | List the contract number of any government contract | | **5465 N. Livernois** |
| | | | **Oakland Twp., MI 48306** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Horse Boarding Agreement. Rapper** | |
|---|---|---|---|
| | State the term remaining | | **Steven Flannery** |
| | List the contract number of any government contract | | **30714 Helmandale Dr.** |
| | | | **Franklin, MI 48025** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Horse Boarding Agreement. Elle** | |
|---|---|---|---|
| | State the term remaining | | **Neil & Renee Fraser** |
| | List the contract number of any government contract | | **3790 Piccadilly Drive** |
| | | | **Rochester Hills, MI 48309** |

19-42698-tjt   Doc 1   Filed 02/26/19   Entered 02/26/19 17:29:21   Page 22 of 44



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Glitterati ("Sparkles") TERM OF LEASE:  This is for a half lease from 4/15/2018 to 10/15/2018. After 10/15/2018, the lease will continue on a month to month basis in which Lessee may terminate this Agreement at any time by giving the Lessor/ agent thirty (30) days written notice. LEASE FEE:  In consideration of this Agreement, Lessee agrees to pay SMR Equestrian LLC by the first (1st ) of each month (first partial payment of $225 due on 04/23/2018), for the term of this Agreement. Break down as follows (all figures are listed at a monthly rate):  Board/ Lessons/ Barn Supplies/ Vet/ Farrier/ Blanket Cleaning : $450 per month. Lessee will also be responsible for half of the cost of the body clipping (not to exceed $150 per clipping) and half of any additional supplements required during the lease term. There will be no other costs outside of the lease, unless attending shows.**

State the term remaining

List the contract number of any government contract

**Ed Gemellaro (obo Elaina Gemellaro)
6023 Blue Beech Rd.
Rochester Hills, MI 48306**

---

2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2 Horse Boarding Agreements-Verbal. Brooke and Leroy**

State the term remaining

List the contract number of any government contract

**Denise Gutek
2012 Dunham Dr.
Rochester, MI 48306**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **See Description re: Kimberly Wiggins Rio D'Oro ("Felix") Lease Agreement (Rio D'Oro a/k/a Felix (horse) - full lease): Susan Hallinan, Lessor and Kimberly Wiggins obo Vivian Wiggins (lessee) Term: 01/17/2019 to 08/31/2019 Debtor and Sarah Robertson provide supervision, care and training under this Lease.** | |
|---|---|---|---|
| | State the term remaining | | **Susan Hallinan** |
| | List the contract number of any government contract | | **10705 Kingston Ave. Huntington Woods, MI 48070** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Horse Boarding Agreement-Verbal. Dewey** | |
|---|---|---|---|
| | State the term remaining | | **Melissa Kassin** |
| | List the contract number of any government contract | | **3125 Silverbrok Drive Rochester Hills, MI 48306** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Horse Boarding Agreement.  Mickey** | |
|---|---|---|---|
| | State the term remaining | | **Stephanie Marcus** |
| | List the contract number of any government contract | | **3460 Grove Lane Auburn Hills, MI 48326** |

19-42698-tjt    Doc 1    Filed 02/26/19    Entered 02/26/19 17:29:21    Page 24 of 44



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Flying Diamonds ("Denmark") THIS AGREEMENT is entered into between Sarah Meyers, as "LESSOR", and SMR Equestrian LLC residing at 1142 Maple Leaf Drive, Rochester Hills, MI 48309, hereinafter referred to as "LESSEE".** |
|---|---|---|

**LEASE TERM: Lessor hereby leases to Lessee said horse for a term of one (1) year, beginning 03/01/2018, and ending on the day of 02/28/2019.**

**LEASE FEE: Lessee agrees to pay Lessor Three Hundred Thirty Five Dollars per month via check delivered or mailed to Lessor on or before the fifteenth (15th) of each month for the duration of the lease. A 90 day grace period will be granted for payments.**

**OPTIONS: Lessee shall have the option to sub-lease said horse to Rea Sadek and Tara Vizzaccaro under the terms of this agreement. Lessee agrees to stable the Horse at SMR Equestrian located at 3255 Stoney Creek Rd., Oakland, MI 48363. Lessee does have the option to purchase the Horse for an additional Five Thousand Five Hundred ($5,500.00), provided that the purchase is finalized within the duration of the lease.**

State the term remaining

**Sarah Meyers
2760 International Dr.
Apt. 622C
Ypsilanti, MI 48197**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract    _____

---

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Flying Diamonds ("Denmark") SUBLEASE AGREEMENT between Sarah Meyers, as "LESSOR", and SMR Equestrian LLC residing at 1142 Maple Leaf Drive, Rochester Hills, MI 48309, as "LESSEE"/SUBLESSOR to Fernando Quirindongo as Sublessee.** | |
|---|---|---|---|
| | | **LEASE TERM: 45 day subleasse from January 15, 2019 to February 28, 2019.** | |
| | | **LEASE FEE: Sub-Lessee agrees to pay Sub-Lessor $1,500 paid by sublessee.** | |
| | State the term remaining | | **Fernando Quirindongo fbo Alana Quirindongo, a minor 4076 Old Dominion Drive West Bloomfield, MI 48323** |
| | List the contract number of any government contract | | |

---

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Horse Boarding Agreement-Verbal. Player** | |
|---|---|---|---|
| | State the term remaining | | **Tracy Reinhold Address unknown** |
| | List the contract number of any government contract | | |

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Horse Boarding Agreement. Lachlan** | |
|---|---|---|---|
| | State the term remaining | | **Suzanne Sadek 1323 Northlawn Blvd. Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Little Gentleman a/k/a "LG"  Debtor is Lessor. TERM OF LEASE:  This lease is from the 1st day of July 2018 to the 30th day of June 2019. LEASE FEE:  In consideration of this Agreement, Lessee agrees to pay Lessor $15,000.00 for the lease fee check wire transfer on or by 06/23/2018. In addition to the lease fee, lessee agrees to be responsible for all costs related to the care and keeping of the horse including but not limited to board, training fees, veterinarian expenses, farrier expenses, supplements/ medications and major medical/ mortality insurance.** | |
| | | **Lessee agrees to maintain mortality insurance for $25,000.00 and major medical insurance for a minimum of $7,500.00 with Lessor named as the sole loss payee for the duration of the lease. Lessee agrees to bind coverage effective 07/01/2018.** | |
| | State the term remaining | | **Jill Schubiner** |
| | List the contract number of any government contract | | **1061 N. Old Woodward** |
| | | | **Birmingham, MI 48009** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Horse Boarding Agreement.  Carly** | |
| | State the term remaining | | **Linda & Brett Stern** |
| | List the contract number of any government contract | | **984 Oakland Ave.** |
| | | | **Birmingham, MI 48009** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Rio D'Oro ("Felix") Lease Agreement (Rio D'Oro a/k/a Felix (horse) - full lease): Susan Hallinan, Lessor and Kimberly Wiggins obo Vivian Wiggins (lessee) Term: 01/17/2019 to 08/31/2019 Debtor and Sarah Robertson provide supervision, care and training under this Lease.** | |
|---|---|---|---|
| | State the term remaining | | **Kimberly Wiggins 950 Harmon Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **4 Horse Boarding Agreements-2 written and 2 Verbal. Barney, Ali, Sky and Tachman.** | |
|---|---|---|---|
| | State the term remaining | | **Kimberly Wiggins 950 Harmon Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Horse Boarding Agreement. Gideon** | |
|---|---|---|---|
| | State the term remaining | | **Kimberly Williams 776 Ridgedale Ave. Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Holland ("Dunkin") Debtor and Sarah Robertson supervise care, training & supervision of horse pursuant to Lease Agreement on(Holland a/k/a Dunkin (horse) - full lease) between Cassar Farms, LLC, Lessor and Susan Williams fbo Rebecca Oseid (lessee) Term: 06/04/2018 to 06/03/2019** | |
|---|---|---|---|
| | State the term remaining | | **Susan Williams 3012 Talon Circle Lake Orion, MI 48360** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract                    _____

19-42698-tjt    Doc 1    Filed 02/26/19    Entered 02/26/19 17:29:21    Page 29 of 44

Debtor name **SMR Equestrian, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Larry Robertson** | **1142 Maple Leaf Drive**<br>**Rochester Hills, MI 48309** | **John Deere Financial** | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Sarah Robertson** | **3255 Stoney Creek Road**<br>**Oakland, MI 48363** | **Chase (INK) /**<br>**Cardmember Service** | ☐ D _____<br>☑ E/F __3.1__<br>☐ G _____ |
| 2.3 | **Sarah Robertson** | **3255 Stoney Creek Road**<br>**Oakland, MI 48363** | **Home Depot Credit**<br>**Services** | ☐ D _____<br>☑ E/F __3.3__<br>☐ G _____ |
| 2.4 | **Sarah Robertson** | **3255 Stoney Creek Road**<br>**Oakland, MI 48363** | **NL-REL, LLC** | ☐ D _____<br>☑ E/F __3.4__<br>☐ G _____ |
| 2.5 | **Sarah Robertson** | **3255 Stoney Creek Road**<br>**Oakland, MI 48363** | **Larry ~Robertson** | ☑ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **SMR Equestrian, LLC** | Case number *(if known)* | |
|--------|-------------------------|--------------------------|--|

| | |
|--|--|
| ▇ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|------------------------|------------------------|

| | | | | |
|--|--|--|--|--|
| 2.6 | **Sarah Robertson** | **3255 Stoney Creek Road**<br>**Oakland, MI 48363** | **Discover Financial Services** | ☐ D _____<br>■ E/F _**3.2**_<br>☐ G _____ |

Debtor name **SMR Equestrian, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:** **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ☑ Operating a business<br>☐ Other | $62,559.33 |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other | $413,223.34 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other | $382,602.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Larry Robertson 1142 Maple Leaf Drive Rochester Hills, MI 48309 Father of Sole Member** | **Monthly interest only payments on loans made to Debtor. Total paid since 1/1/2018: $1,650.55** | $1,650.55 | **Interest only payments on loans made to Debtor** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Timothy Sullivan & Oakland Hills Equestrian Center, LLC vs. Sarah Robertson, SMR Equestrian, LLC and SMR Holdings & Investments 2018-167802-CB** | **Breach of contract** | **6th Judicial Circuit Court 1200 N Telegraph Road Pontiac, MI 48341** | ■ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lieberman, Gies & Cohen PLLC**<br>**31313 Northwestern Highway**<br>**Suite 200**<br>**Farmington Hills, MI 48334** | **Payment includes filing fee.** | **February 22, 2019** | **$3,835.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Larry Robertson, Sole member's father** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See schedule G-Horse Boarding Agreements** | | | **Unknown** |

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Randy Gungab, CPA**<br>**32371 Dequindre Road**<br>**Madison Heights, MI 48071** | **October 2015 to**<br>**present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sarah Robertson** | **1142 Maple Leaf Drive**<br>**Rochester Hills, MI 48309** | **Sole Member of Debtor LLC** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

|   | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Sarah Robertson**<br>**1142 Maple Leaf Drive**<br>**Rochester Hills, MI 48309** | **2019 ytd: $2,109.00**<br>**2018: $17,490.00** | **January 2018 through February 2019** | **Wages paid to Debtor's sole member for operating the business** |
|   | **Relationship to debtor**<br>**Sole Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 25, 2019**

**/s/ Sarah M. Robertson**                              **Sarah M. Robertson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Michigan

In re **SMR Equestrian, LLC**             Case No. _____

                       Debtor(s)      Chapter    **7** _____

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

     [ ]    **FLAT FEE**

       A.    For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

       B.    Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. .    _____

       C.    The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

     [ X ]    **RETAINER**

       A.    Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **3,835.00**

       B.    The undersigned shall bill against the retainer at an hourly rate of $___**300.00**___ . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $___**335.00**___ of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

       A.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

       B.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

       C.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

       ~~D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

       ~~E. Reaffirmations;~~

       ~~F. Redemptions;~~

       G.    Other:

           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

           **Representation of the Debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions, or any other adversary proceeding or contested matter.**

6. The source of payments to the undersigned was from:

       A.    _____    Debtor(s)' earnings, wages, compensation for services performed

       B.    **XX**    Other (describe, including the identity of payor)    **Larry Robertson, sole member's father.**

7. The undersigned has not shared or agreed to share, with any person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    **February 25, 2019** _____

                                          **/s/ Michael D. Lieberman** _____

                                          Attorney for the Debtor(s)
                                          **Michael D. Lieberman P38529**
                                          **Lieberman, Gies & Cohen, PLLC**
                                          **31313 Northwestern Highway**
                                          **Suite 200**
                                          **Farmington Hills, MI 48334**
                                          **248-539-5500 Mike@lgcpllc.com**

Agreed:    **/s/ Sarah M. Robertson** _____                  _____
           **Sarah M. Robertson**
           Debtor                                                 Debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **SMR Equestrian, LLC**                                    Case No.

                                               Debtor(s)      Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **February 25, 2019**                    **/s/ Sarah M. Robertson**

                                            **Sarah M. Robertson**/**Sole Member**
                                              Signer/Title

Bob Bockrath
2871 Ambleside Ct.
Rochester, MI 48306

Lisa Capoccia
5250 Hummer Lake
Oxford, MI 48371

Cassar Farms
8298 Lake Pine Drive
Commerce Township, MI 48382

Chase (INK) / Cardmember Service
(Account Inquiries)
PO Box 15298
Wilmington, DE 19850-5298

Maryann Combs
3585 Stoney Creek Rd.
Oakland, MI 48363

Ashley Craine
2425 Texter Rd.
Leonard, MI 48367

Amy Diez
5465 N. Livernois
Oakland Twp., MI 48306

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

Steven Flannery
30714 Helmandale Dr.
Franklin, MI 48025

Neil & Renee Fraser
3790 Piccadilly Drive
Rochester Hills, MI 48309

Ed Gemellaro (obo Elaina Gemellaro)
6023 Blue Beech Rd.
Rochester Hills, MI 48306

Denise Gutek
2012 Dunham Dr.
Rochester, MI 48306


Susan Hallinan
10705 Kingston Ave.
Huntington Woods, MI 48070


Home Depot Credit Services
Customer Service Inquiries
PO Box 790328
Saint Louis, MO 63179-0328


Internal Revenue Service
SBSE/Insolvency Unit
P.O. Box 330500-Stop 15
Detroit, MI 48232


Internal Revenue Service***
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


John Deere Financial
Deere & Compamy
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600


Melissa Kassin
3125 Silverbrok Drive
Rochester Hills, MI 48306


Larry Robertson
1142 Maple Leaf Drive
Rochester Hills, MI 48309


Stephanie Marcus
3460 Grove Lane
Auburn Hills, MI 48326


Sarah Meyers
2760 International Dr.
Apt. 622C
Ypsilanti, MI 48197

NL-REL, LLC
30100 Telegraph Rd., Suite 366
Bingham Farms, MI 48025


Oakland Hills Equestrian Center, LLC
c/o Maxwell Goss, Esq.
370 E. Maple Rd., Third Floor
Birmingham, MI 48009


Oakland Hills Equestrian Center, LLC
3255 Stoney Creek Road
Oakland, MI 48363


Fernando Quirindongo
fbo Alana Quirindongo, a minor
4076 Old Dominion Drive
West Bloomfield, MI 48323


Tracy Reinhold
Address unknown


Larry Robertson
1142 Maple Leaf Drive
Rochester Hills, MI 48309


Larry Robertson
1142 Maple Leaf Drive
Rochester Hills, MI 48309


Suzanne Sadek
1323 Northlawn Blvd.
Birmingham, MI 48009


Sarah Robertson
3255 Stoney Creek Road
Oakland, MI 48363


Jill Schubiner
1061 N. Old Woodward
Birmingham, MI 48009


Linda & Brett Stern
984 Oakland Ave.
Birmingham, MI 48009

Timothy Sullivan
c/o Maxwell Goss, Esq.
370 E. Maple Rd., Third Floor
Birmingham, MI 48009


Timothy Sullivan
3255 Stoney Creek Road
Oakland, MI 48363


United States Attorney
Civil Division
211 West Fort Street, Ste. 2001
Detroit, MI 48211


Kimberly Wiggins
950 Harmon
Birmingham, MI 48009


Kimberly Williams
776 Ridgedale Ave.
Birmingham, MI 48009


Susan Williams
3012 Talon Circle
Lake Orion, MI 48360