United States Bankruptcy Court
Eastern District of Michigan

In re: **SMR Equestrian, LLC**
Debtor(s)

Case No.
Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Sarah M. Robertson**, declare under penalty of perjury that I am the **Sole Member** of **SMR Equestrian, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said Limited Liability Company at a special meeting duly called and held on the **25th** day of February, 2019.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Sarah M. Robertson**, **Sole Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Sarah M. Robertson**, **Sole Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Sarah M. Robertson**, **Sole Member** of this Limited Liability Company is authorized and directed to employ **Michael D. Lieberman P38529**, attorney and the law firm of **Lieberman, Gies & Cohen, PLLC** to represent the Limited Liability Company in such bankruptcy case."

Date: February 25, 2019

Signed: */s/ Sarah M. Robertson*
**Sarah M. Robertson, Sole Member**

Resolution of the Members
of
**SMR Equestrian, LLC**

Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Sarah M. Robertson**, **Sole Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Sarah M. Robertson**, **Sole Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Sarah M. Robertson**, **Sole Member** of this Limited Liability Company is authorized and directed to employ **Michael D. Lieberman P38529**, attorney and the law firm of **Lieberman, Gies & Cohen, PLLC** to represent the Limited Liability Company in such bankruptcy case.

Date  February 25, 2019                                Signed  */s/ Sarah M. Robertson*
                                                              **Sarah M. Robertson, Sole Member**